IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

CIVIL MISC. NO.   2:07-mc-3351-WKW

## ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE

Pursuant to the authority conferred by § 631, Title 28, United States Code, it is ORDERED:

1. That Terry F. Moorer be and he is hereby appointed as full-time United States Magistrate Judge for the Middle District of Alabama, at a salary fixed by the Judicial Conference of the United States, with his official station at Montgomery, Alabama;

2. That the said Terry F. Moorer shall enter upon the performance of his official duties at 1:30 P.M., January 3, 2007, after taking the oath or affirmation prescribed by §§ 453 and 631(g), United States Code;

3. That the said Terry F. Moorer shall hold and discharge the duties of his office for a term of eight years from the date of his appointment subject to the provisions of § 631(e), Title 28, United States Code, unless sooner removed.

The Clerk shall cause copies of this order to be spread upon the records of this Court and shall forward a certified copy of this order to the Director of the Administrative Office of the United States Courts as required by § 631(h), Title 28, United States Code.

Done this 3rd of January, 2007.

MARK E. FULLER
Chief United States District Judge

MYRON H. THOMPSON
United States District Judge

W. KEITH WATKINS
United States District Judge

AO 79A (Rev. 02/02)

# United States District Court

**APPOINTMENT OF UNITED STATES MAGISTRATE JUDGE**

MIDDLE DISTRICT OF ALABAMA
(Name of District)

## Appointment

__Terry Fitzgerald Moorer__ is appointed as a __Full-time__ United States
(Name as it is signed below)          (Full-time/Part-time/Recall)

magistrate judge at the following location: __Montgomery, Alabama__
(Official Location)

__1/3/2007__          (Vice          __Delores R. Boyd__          )
(Effective Date of Appointment)          (New position, Previous incumbent, Reappointment, or Recall)

I hereby certify that the above named individual was selected and appointed as a United States magistrate judge in accordance with the Federal Magistrates Act of 1968 (as amended), 28 U.S.C. §§ 631 *et seq.*, and the regulations promulgated by the Judicial Conference of the United States under authority of 28 U.S.C. § 631(b)(5).

___[signature]___          __Chief United States District Judge__          __1/3/2007__
(Signature of appointing officer)          (Title)          (Date)

---

I, __Terry Fitzgerald Moorer__, do solemnly swear (or affirm) that:

**A. OATH OF OFFICE AS UNITED STATES MAGISTRATE JUDGE**

I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as a United States magistrate judge under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God. (Pursuant to 28 U.S.C. § 453 and 5 U.S.C. § 3331.)

**B. AFFIDAVIT AS TO STRIKING AGAINST OR OVERTHROWING THE FEDERAL GOVERNMENT**

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof. Further, I do not advocate the overthrow of our constitutional form of government, nor am I a member of an organization which advocates either striking against or overthrowing the Government of the United States.

**C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE**

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**D. AFFIDAVIT AS TO EMOLUMENT FROM FOREIGN STATE**

I will not accept, nor am I accepting any present emolument, office or title, of any kind whatever, from any King, Prince, or foreign State.

**E. AFFIDAVIT AS TO PERSONAL HISTORY AND EXPERIENCE AND QUALIFICATIONS STATEMENTS**

The answers given in the Personal History and Experience and Qualifications Statements on the reverse of this form are true and correct to the best of my knowledge and belief.

___[signature]___
(Signature of appointee)
(Name will be carried on personnel and payroll records as signed)

Subscribed and sworn (or affirmed) before me this __3rd__ day of __January__, 20 __07__

at __Montgomery__, __Alabama__
(City)          (State)

[SEAL]

___[signature]___
(Signature of officer)
__Chief United States District Judge__
(Title)

NOTE: *The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

**(BOTH SIDES OF THIS FORM ARE TO BE EXECUTED)**

# PERSONAL HISTORY AND EXPERIENCE AND QUALIFICATIONS STATEMENTS

❏ NO CHANGE FROM PRIOR SUBMISSION

| Name: Last - First - Middle Initial: Moorer, Terry F. | Sex  x Male  ❏ Female | Birth Date (Mo., Day, Year) 1-20-1961 | Soc. Sec. No. 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 |
|---|---|---|---|
| Present Home Address: 1407 Pampas Place, Montgomery, AL 36117 | Citizenship (Country) United States of America | Place of Birth City: Greenville  State: Alabama  Country: United States of America | |
| Other Names Previously Used for Employment Purposes: N/A | | | |

Do you have any relatives who are judges, officers, or employees of the United States Courts?   ❏ Yes   x No
If yes, give their names, positions, and relationship to you.

## EDUCATION

| Name and Location of colleges and universities attended | Dates Attended | Degree | Date Received |
|---|---|---|---|
| Marion Military Institute | Aug. 1971-May 1981 | A.A. | May 16, 1981 |
| Huntingdon College | Aug. 1981 - May 1983 | B.A. | May 20, 1983 |
| University of Alabama | Aug. 1983 - May 1986 | J.D. | May 17, 1986 |

## BAR MEMBERSHIP

Give the month and year of admission to the bar of the highest court of each state to which you are admitted. (Include the District of Columbia, Guam, Northern Mariana Islands, Puerto Rico, and the Virgin Islands if appropriate.)

| STATE | MONTH AND YEAR ADMITTED |
|---|---|
| Alabama Supreme Court | April 30, 1987 |

## PRIOR FEDERAL SERVICE OTHER THAN MILITARY SERVICE
(Information needed for consolidation of Federal personnel records and computation of retirement benefits.)

Have you ever been employed by the Federal (or District of Columbia) Government?   X Yes   ❏ No   If so, complete the following.

(A) Are you now receiving severance pay?   ❏ Yes   x No
(B) Are you transferring without a break in service?   x Yes   ❏ No
(C) Are you presently enrolled under the Federal Employees' Health Benefits Act?   x Yes   ❏ No   If so, Code Number __105__; Carrier Control Number __R59309292__.
(D) Have you ever before filed SF 176, "Election, Declination, or Waiver of Life Insurance Coverage"?   x Yes   ❏ No   If yes, did you  x elect optional insurance (in addition to regular) insurance;   ❏ decline optional (but not regular) insurance;   ❏ waive all life insurance coverage?
(E) Are you now receiving an annuity based on prior Federal Service?   ❏ Yes   x No   If so, furnish CSA No. _____.

| Department or Agency | City and State | Position | Classification Grade | Date Appointed Month | Date Appointed Year | Date Separated Month | Date Separated Year |
|---|---|---|---|---|---|---|---|
| Dept. of Justice | Montgomery, AL | Assistant U.S. Attorney | | August | 1990 | January | 2007 |

## MILITARY SERVICE

Have you ever served on active duty with the   X Yes   ❏ No   If so, list dates, branch, and serial or service number of all active service, and attach a copy of DD 214, Notice of Separation.

| From | To | Branch of Service | Serial or Service Number |
|---|---|---|---|
| Nov. 1986 | Oct. 1990 | United States Army | 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 |

Are you retired from military   ❏ Yes   ❏ No

## IN CASE OF EMERGENCY NOTIFY

Name   Sheryl L. Moorer                        Address   1407 Pampas Place
Montgomery, AL 36117                        Relationship   Wife        Telephone   (334) 277-0829
         Telephone